**Pierce Claude TRAVIS, Jr., Appellant,**

v.

**The STATE of Texas, Appellee.**

No. 29032.

Court of Criminal Appeals of Texas.

April 17, 1957.

No attorney for appellant of record on appeal.

Leon B. Douglas, State's Atty., Austin, for the State.

PER CURIAM.

Robbery by firearms is the offense; the punishment, ten years.

Appellant has now filed his personal affidavit requesting the dismissal of the appeal. The request is granted. The appeal is dismissed.